UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CRIMINAL ACTION NO. 10-7-DLB-EBA-7**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**V.**          <u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>

**GEORGE RIC CLAIR**                                                        **DEFENDANT**

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

This matter is before the Court on Magistrate Judge Edward B. Atkins's Report and Recommendation ("R&R"), wherein he recommends that the Court revoke Defendant George Ric Clair's supervised release and impose a sentence of four (4) months incarceration, followed by a twelve (12) month term of supervised release. (Doc. # 319). During the December 11, 2015 Final Revocation Hearing, Defendant stipulated to violating the terms of his supervised release, as set forth in the November 3, 2015 Violation Report. Doc. # 319). Defendant has filed a waiver of his right to allocution. (Doc. # 318). No objections having been filed and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, the Court concludes that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

1

 (2) Defendant is found to have **VIOLATED** the terms of his supervised release;

 (3) Defendant's supervised release is hereby **REVOKED**;

 (4) Defendant is **SENTENCED** to the custody of the Attorney General for a term of incarceration of **four (4) months**, with a **twelve (12) month** term of supervised release to follow; and

 (5) Defendant shall appear for a **STATUS CONFERENCE** on **October 20, 2016, 11:00 a.m.**, at the Federal Courthouse in **Ashland, Kentucky**, for a status conference to address his compliance with the terms of supervision.

This 11th day of January, 2016.

Signed By:
**David L. Bunning** *DB*
United States District Judge

J:\DATA\ORDERS\Ashland Criminal\2010\10-7-7 Order Adopting R&R re SR.wpd